**Abatement Order filed January 15, 2019**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00950-CV

## IN RE SOMAIAH KHOLAIF, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No 3**
**Harris County, Texas**
**Trial Court Cause No. 449677**

---

## A B A T E M E N T   O R D E R

On October 30, 2018, relator, Somaiah Kholaif, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. Relator asked this court to order The Honorable Rory R. Olsen, Judge of Probate Court No. 3 of Harris County, Texas, to vacate and set aside his order

dated October 17, 2018, entered in trial court cause number 449677, styled *In re Wajih Arif Safi*.

Because the respondent ceased to hold the office of Judge of Probate Court No. 3 of Harris County, Texas, after the institution of this action, we are required to abate this mandamus proceeding to permit the respondent's successor, the **Honorable Jason Cox**, to reconsider the decision regarding relator's request for relief. *See* Tex. R. App. P. 7.2(b).

This mandamus proceeding is abated until **February 14, 2019**, by which time Judge Cox shall advise this court of the action taken on relator's request. This court will then consider a motion to reinstate or dismiss this proceeding, as appropriate.

It is so ORDERED.

PER CURIAM